IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RYAN RUFF, CRUSOE GONGBAY,
and SAQWAN EDWARDS,

      Plaintiffs,

v.

      No. 1:16-CV-01140 MCA/LF

BOARD OF REGENTS OF THE UNIVERSITY
OF NEW MEXICO; BOARD OF REGENTS OF
THE UNIVERSITY OF NEW MEXICO, d/b/a
UNIVERSITY OF NEW MEXICO POLICE
DEPARTMENT; KEVIN MCCABE, Chief
of Police for the University of New Mexico
Police Department; UNMPD Officers: Sergeant
TIMOTHY STUMP; Lieutenant TRACE PECK;
Officer D.J. ROMERO; Officer R. DUREN;
Officer L. SANTIAGO; Officer M. Catanach;
Officer N. FOX; Sergeant GUADALUPE PETE
GUEVARA; and JOHN DOE UNMPD PEACE
OFFICERS, In Their Individual and Official
Capacities, as Employees and Agents of the
University of New Mexico,

      Defendants.

## STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS

COME NOW Plaintiffs, Ryan Ruff, Crusoe Gongbay, and SaQwan Edwards, and Defendants, Board of Regents of the University of New Mexico ("UNM"), Board of Regents of the University of New Mexico d/b/a University of New Mexico Police Department ("UNMPD"), Kevin McCabe, Timothy Stump, Trace Peck, David Romero, Robert Duren, Luis Santiago, Michael Catanach, Nina Fox, and Guadalupe Pete Guevara, by and through their respective counsel of record, and hereby stipulate that the deadline for Defendants to file their replies in

support of Defendants' Motion to Dismiss Plaintiffs' Section 1983 Claims [Doc. 16], Defendants' Motion to Dismiss Plaintiffs' State Law Tort Claims [Doc. 18], and Defendants' Motion to Dismiss Plaintiffs' Title IX Claim [Doc. 20] be extended until July 7, 2017.

Submitted:

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendants*
P.O. Box 271
Albuquerque, NM 87103
(505) 247-0411; (505) 842-8890 (fax)
qs@SheehanSheehan.com
lsb@SheehanSheehan.com

By:     /s/ Quentin Smith
_____
    Quentin Smith
    Leah M. Stevens-Block

and

Approved:

BLEUS & ASSOCIATES, LLC
*Attorneys for Plaintiffs*
2633 Dakota St. NE
Albuquerque, NM 87110
(505) 884-9300; (505) 884-9305
bleusandassociates@gmail.com

    Email approval – June 6, 2017
    /s/ Jonathan D. Woods
By: _____
    George Anthony Bleus
    Jonathan D. Woods